**Dismiss and Opinion Filed August 21, 2023**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00378-CV**

**IN THE INTEREST OF J.J.E. AND T.J.E., CHILDREN**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-07242**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. By postcard dated July 10, 2023 we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b).

230378f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF J.J.E. AND
T.J.E., CHILDREN

No. 05-23-00378-CV

On Appeal from the 255th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-22-07242.
Opinion delivered by Justice Carlyle.
Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 21st day of August, 2023.